FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0321

MONTANA SUPREME COURT
P.O. Box 203003
Helena, MT 59620-3003
406-444-3858

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| In re the marriage of: | Cause No. DA 24-0321 |
| MITCHELL BURGARD, | |
| Appellee/Petitioner, | |
| -vs- | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |
| STACY JACOBSEN, | |
| Appellant/Respondent. | |

UPON motion from the Appellant, with good cause appearing therefor, it is HEREBY ORDERED that the Appellant's motion for an extension of time within which to file her opening brief in the above-captioned cause of action is GRANTED.

Appellant shall have an until and including the date of November 29, 2024, within which to file her opening brief.

ELECTRONICALLY SIGNED AND DATED BY THE COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024